FILED
CLERK, U.S. DISTRICT COURT
1/15/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRUECHE TRAN,<br><br>　　　Plaintiff,<br><br>　v.<br><br>YAQUWB MUHAMMAD, ELECTRIC REPUBLIC LLC, AND DOES 1–10,<br><br>　　　Defendants. | Case No.: CV 20-01433-CJC(SKx)<br><br>PRELIMINARY INJUNCTION |

　　　This matter came before the Court upon Plaintiff's Motion for a Preliminary Injunction. On January 15, 2021, the Court issued an Order granting a preliminary injunction to freeze Defendants' assets.

//

-1-

**IT IS HEREBY ORDERED** that that an asset freeze is imposed over all of Defendants' real and personal assets and property in their actual or constructive possession, custody, or control with an allowance for necessary and reasonable living expenses and attorney's fees. Defendants, their members, partners, officers, agents, servants, employees, attorneys, and all those in active concert or participation with Defendants, **ARE HEREBY PRELIMINARILY RESTRAINED AND ENJOINED** from transferring, liquidating, converting, encumbering, pledging, loaning, selling, concealing, dissipating, disbursing, assigning, relinquishing, spending, withdrawing, granting a lien or security interest or other interest in, or otherwise disposing of any assets that are (1) owned or controlled, directly or indirectly, by any Defendant; (2) held, in part or in whole, for the benefit of any Defendant; (3) in the actual or constructive possession of any Defendant; or (4) owned or controlled by, in the actual or constructive possession of, or otherwise held for the benefit of, any corporation, partnership, asset protection trust, or other entity that is directly or indirectly owned, managed or controlled by any Defendant. This preliminary injunction shall remain in effect until further order of the Court.

DATED: January 15, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE